THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Michael A. Wright,  Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF
CERTIORARI

Appeal from Pickens County
 John C. Few, Circuit Court Judge

Memorandum Opinion No. 2005-MO-057
Submitted November 16, 2005 - Filed December 5, 2005

AFFIRMED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Karen C. Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: 
Rollison v. State, 346 S.C. 506, 510, 552 S.E.2d 290, 292 (2001) (holding that a defendant is free to negotiate a plea bargain and may plead guilty to a charge for which he has been indicted, but of which he is not guilty, when the plea agreement is entered into knowingly, intelligently, and voluntarily).  
 TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., concur.  WALLER, J., not participating.